UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CEBALLOS, et al.,<br><br>    Defendant. | Case No.: 1:20-cv-01056-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE**<br>(Doc. 11) |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 11) Because the pleading has not yet been served on any defendant and no appearances have yet been made, the dismissal does not require court order. Accordingly, the Court **ORDERS** the Clerk of Court to term all pending motions and close this case pursuant to plaintiff's notice.

IT IS SO ORDERED.

Dated:   **March 3, 2021**                     /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1